**RECEIVED**

2006 AUG -8 P 4: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06CR188-DRB |
| | ) | [18 U.S.C. 13; AL 13A-13-6(a)2] |
| | ) | |
| | ) | |
| LEMUEL ANDRE FLOWERS | ) | INFORMATION |

The United States Attorney charges that:

On or about the 31st of May, 2006, at Fort Rucker, Alabama, in the Middle District of

Alabama, LEMUEL ANDRE FLOWERS did knowingly endanger the welfare of a child;

to wit:  Left three minor children unattended for approximately one hour in violation of

Title 18, Section 13, United States Code and Alabama Code 13A-13-6(a)2.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

STATE OF ALABAMA )    AFFIDAVIT
                 )
DALE COUNTY      )

The undersigned, being first duly sworn, deposes and says:

I am a Military Investigator at Fort Rucker, Alabama. Investigation revealed that at approximately 4:20 P.M, May 31st, 2006, Servicemembers arrived at 213 West Harris Street to check on another Servicemember who was on convalescent leave. Upon arrival, the witnesses saw a child in the home with no apparent adult supervision. The witnesses called the Military Police, and with the assistance of a neighbor, convinced the child to open the door to 213 West Harris Street. Three children, aged 11, 8, and 1, were home alone. At approximately 5:30 P.M., LEMUEL ANDRE FLOWERS arrived at the residence. Investigation revealed that FLOWERS was the adult who left the children unattended. FLOWERS was transported to the Military Police station for further processing. There, he waived his rights and made a written statement admitting that he left the children unattended.

_____

WOOLLEY, HAROLD L., INVESTIGATOR, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this _25_ day of _July_ 2006.


_____
NOTARY PUBLIC

My commission expires: 23 DEC 2006